**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio LeMarc WHITE, Defendant–Appellant.**

No. 02–6355.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

---

Antonio LeMarc White, Appellant Pro Se.

Christine Witcover Dean, Assistant United States Attorney, Raleigh, NC, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Antonio LeMarc White seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. White*, Nos. CR–97–80; CA–01–236–7 F (E.D.N.C. Jan. 15 & Feb. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*